# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

KEENAN WEST,
Plaintiff,

Case No. 1:18-cv-184
Litkovitz, M.J.

vs.

BRADLEY GETTELFINGER, et al.,
Defendants.

**ORDER**

The Court having been advised by Magistrate Judge Bowman that this case has been successfully mediated and settled in the Court's presence;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 45 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 10/19/18

Karen L. Litkovitz
United States Magistrate Judge